MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Donna M. Fanning
Chapter 7 Case No. 09-34096

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Allied Waste<br>4325 E 66th Street<br>Inver Grove Heights, MN 55076 | 4 | 99.89 | 2.95 |

Date: June 9, 2011

_____
Trustee